UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL ROSA-DIAZ,** | : | **CIVIL NO.1:17-CV-2215** |
| **Plaintiff,** | : | **(Judge Rambo)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **LAUREL HARRY, et al.,** | : | |
| **Defendants.** | : | |

## MEMORANDUM AND ORDER

This is a *pro se* civil rights case filed by Gabriel Rosa-Diaz, a state prisoner. In this case, Rosa-Diaz asserted claims against various Pennsylvania Department of Corrections ("DOC") officials (the "DOC Defendants"). On May 5, 2020, we entered an order conditionally appointing counsel, and directed the Pro Bono Coordinator for the Middle District of Pennsylvania Chapter of the Federal Bar Association to seek to identify counsel willing to assist in this case. The Pro Bono Coordinator has since advised the Court that he has been unable to find counsel willing to accept an appointment in this action. Accordingly, the plaintiff is hereby advised that the Court has been unable to identify counsel willing to assist in this case, and IT IS THEREFORE ORDERED THAT the Court's prior order conditionally appointing

1

counsel is VACATED. The plaintiff shall be required to continue litigating this action on his own behalf, *pro se*.

SO ORDERED, this 8th day of July 2020.

                                                    */s/ Martin C. Carlson*
                                                    Martin C. Carlson
                                                    United States Magistrate Judge